# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Felipe Montiel-Guarda, | No. CV-17-08083-PCT-JJT (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| USA, | |
| Respondent. | |

At issue is the Report and Recommendation ("R&R") prepared in this matter by United States Magistrate Judge John Z. Boyle (Doc. 11) analyzing the pleadings and recommending that the Court deny as untimely Mr. Montiel-Guarda's Motion to Correct his Sentence pursuant to 28 U.S.C. § 2255. (Doc. 1.) The time to object to the R&R has passed and Movant has filed no objections. The Court thus may accept the R&R without further review per *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). It nonetheless chooses to review the R&R on the merits and, upon doing so, concludes the analysis therein is correct.

The Ninth Circuit Court of Appeals dismissed Movant's direct appeal, upon his motion, on August 31, 2015. From that date, Movant had one year, or until September 1, 2016, to file his 2255 motion, absent any tolling. Movant has provided no basis for tolling the deadline, as Judge Boyle correctly found. Movant filed his Motion on May 1, 2017—eight months too late.

IT IS ORDERED adopting in whole the R&R prepared by Judge Boyle (Doc. 11.)

IT IS FURTHER ORDERED denying as untimely the Motion to Correct his Sentence pursuant to 28 U.S.C. § 2255. (Doc. 1.) The Clerk of Court shall enter judgment and close this matter.

IT IS FURTHER ORDERED denying a Certificate of Appealability because Defendant has made no substantial showing that reasonable jurists would find the District Court's assessment of the constitutional claims debatable or wrong.

Dated this 12th day of February, 2018.

Honorable John J. Tuchi
United States District Judge